| | |
|---|---|
| 1  Vanessa R. Waldref | |
| 2  United States Attorney | FILED IN THE |
|    Eastern District of Washington | U.S. DISTRICT COURT |
| 3  Caitlin Baunsgard | EASTERN DISTRICT OF WASHINGTON |
| 4  Stephanie Van Marter | Mar 07, 2023 |
|    Assistant United States Attorneys | |
| 5  Post Office Box 1494 | SEAN F. McAVOY, CLERK |
| 6  Spokane, WA 99210-1494 | |
| 7  Telephone: (509) 353-2767 | |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-22-RMP |
| Plaintiff, | INDICTMENT |
| v. | Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), Distribution of 50 Grams or More of Actual (Pure) Methamphetamine (Count 1) |
| JODY LEE WALLETTE, | |
| Defendant. | |
| | 21 U.S.C. § 841(a)(1), (b)(1)(C), Distribution of Fentanyl (Count 2) |
| | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), Distribution of 40 Grams or More of Fentanyl (Count 3) |
| | 21 U.S.C. § 853, Forfeiture Allegations |

INDICTMENT - 1

The Grand Jury charges:

## COUNT 1

On or about January 24, 2023, in the Eastern District of Washington, the Defendant, JODY LEE WALLETTE, knowingly distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 2

On or about January 24, 2023, in the Eastern District of Washington, the Defendant, JODY LEE WALLETTE, knowingly distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about February 2, 2023, in the Eastern District of Washington, the Defendant, JODY LEE WALLETTE, knowingly distributed 40 or more grams of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

INDICTMENT - 2

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant, JODY LEE WALLETTE, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

   a.   cannot be located upon the exercise of due diligence;
   b.   has been transferred or sold to, or deposited with, a third party;
   c.   has been placed beyond the jurisdiction of the court;
   d.   has been substantially diminished in value; or
   e.   has been commingled with other property which cannot be divided without difficulty,

//

//

//

//

INDICTMENT - 3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 7th day of March 2023.

A TRUE BILL



Vanessa Waldref
Vanessa R. Waldref
United States Attorney

Caitlin Baunsgard
Assistant United States Attorney

Stephanie Van Marter
Assistant United States Attorney

INDICTMENT - 4